③

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA

FILED
2023 JUN 30 AM 10:33
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA, FLORIDA

Ruben D Marquez-Villaverde
*Petitioner*

v.

Case No. 5:23-cv-416-PGB-PRL
*(Supplied by Clerk of Court)*

Warden of FCC Coleman - LOW
*Respondent*
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
**Personal Information**

1. (a) Your full name: Ruben D. Marquez-Villaverde
   (b) Other names you have used: _____

2. Place of confinement:
   (a) Name of institution: FCC Coleman - LOW Security
   (b) Address: 846 N.W. 54th Terrace
       Coleman, FL 33509
   (c) Your identification number: 44171-013

3. Are you currently being held on orders by:
   ☒ Federal authorities    ☐ State authorities    ☐ Other - explain: _____

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: District of Colorado
   (b) Docket number of criminal case: 17-CR-00196-PAB-01
   (c) Date of sentencing: 06-13-2018
   ☐ Being held on an immigration charge
   ☒ Other (explain): 21 USC 841(a)(1) violation.

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

MARQUEZ-VILLAVERDE, RUBEN 44171013

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☒ Other (explain): B.O.P. is denying relief of FSA credits, due to Mexican National Status; further BOP is denying closer to home transfer.

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: B.O.P Regional Office Directives 3800 Camp Creek Pkwy. Atlanta, GA
   (b) Docket number, case number, or opinion number:
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): B.O.P Regional is giving innappropriate guidances to B.O.P Coleman, as it pertains to Petitioners FSA credits.
   (d) Date of the decision or action: --Continual--

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes   ☒ No     ** Application of FSA credits, is governed by law; Accordingly, Article III judicial powers needed.
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

                                  N/A

   (b) If you answered "No," explain why you did not appeal: _____
                                          **See above Article Comments**

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes   ☒ No

MARQUEZ-VILLAVERDE, RUBEN 44171013

Page 3 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: _____
    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

N/A

(b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes     ☒ No     \*\* See above Article III comments\*\*

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: _____
    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal: _____

\*\*See above Article III comments\*\*

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes     ☒ No     Not applicable; no sentencing errors in contest.

If "Yes," answer the following:
(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
    ☐ Yes     ☐ No

MARQUEZ-VILLAVERDE, RUBEN 44171013

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: N/A

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☒ No   Not Applicable, see above.

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: N/A

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: N/A

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☒ No

MARQUEZ-VILLAVERDE, RUBEN 44171013

Page 5 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

N/A

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   ☒ No

If "Yes," provide:    ** See Above **
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

N/A

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes   ☒ No        N/A

If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:
(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

N/A

MARQUEZ-VILLAVERDE, RUBEN 44171013

Page 6 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Petitioner iss being denied FSA credits. This delays his release time. This further denies him reintegration with his family.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Petitioner is currently being denied the FSA benefits; this is a direct confliction with Congressional intent regarding FSA purposes. 18 U.S.C. § 3621 additionally provides that inmates shall be placed within the closest (inside 500 miles) to their families. Why? To so establish a reconnection to family, before the release of prisoner.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☒ No   Article III judicial decree, saying what the law is, shall be available to resolve such a controversy. Admin remedy null

**GROUND TWO:** Petitioner is over 60 years of age, and also has completed more then 66.66% of his statutory sentence, and will be over 66.66% of his Full Term sentence, with FSA credits. This is denying him the benefits of home-confinement for the last part of his sentence.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Petitioner, being over 60 years of age, is entitled to earlier release when he reaches 66.66% of total sentence served. The B.O.P is witholding FSA(FTC) to petitioner's detriment. This purposeful action, is subjecting elderly inmate to risk(health and safety); further, inmate has reduced chances of gaining lawful employment.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☒ No   ** Article III judicial authority required. The B.O.P recalcitrantly disregards the rule of law(s) internally.

**GROUND THREE:** Petitioners is being housed with 'diverse' inmates in conflict with 18 U.S.C. § 4081 assurances.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Petitioner is charged with drug trafficking; non violent. However Congressional law as above, assures him the right to be housed based upon his charge type, mental state, and individual needs towards the rehabilitation of Petitioner. This is not occurring with 'diversity' housing with pedophiles, violent offenders and mentally disturbed.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☒ No   **Article III judicial powers required to order B.O.P to apply the law(s) towards Petitioners housing solution.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** Defendant refuses to transfer Petitioner to La Tuna FCI (which places him within the closest facility to this family In El Paso Texas.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
as noted in Gound #1: 3621(b) provides for the transfer to the La Tuna FCI which is the closest to the Petitioners family members. Allowing for reintegration/reconnection.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☒ No   ** See above reasons for Article III necessity. **

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

## Request for Relief

15. State exactly what you want the court to do: (1) Order B.O.P Defendant to issue the FSA Credits to Petitioners benefits. (2) Order the Defendant to transfer him to La Tuna facility to place him closest to family. (3) Order Defendant to provide recommendation to La Tuna FCI, upon arrival Petitioner be placed on elderly release per FSA Congressional Intent.

MARQUEZ-VILLAVERDE, RUBEN 44171013

Page 8 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 6-10-23

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_